NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN D. MACK,                         )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-1018
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Nick Nazaretian
and Barbara Twine Thomas, Judges.

Steven D. Mack, pro se.


PER CURIAM.


          Affirmed.  See State v. Matthews, 891 So. 2d 479 (Fla. 2004); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005); Rankin v. State, 174 So. 3d 1092 (Fla. 4th

DCA 2015); Shivers v. State, 96 So. 3d 1039 (Fla. 4th DCA 2012); Cooper v. State, 902

So. 2d 945 (Fla. 4th DCA 2005); Robinson v. State, 642 So. 2d 644 (Fla. 4th DCA

1994).


SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.